## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARLON RICHARDO JOHNSON,        *

       Petitioner               *

       v.                   *       Civil Action No. CCB-07-1368

UNITED STATES OF AMERICA        *

       Respondent            *

### MEMORANDUM

Pending is a pro se pleading filed by Marlon Richardo Johnson, a federal inmate,  describing himself as "sui juris, a lawful man, declarant," and seeking documents under the Freedom of Information Act, 5 U.S.C. §552.[1] Specifically, he requests copies of judicial oaths and fidelity and performance bonds. The motion for documents under the Freedom of Information Act will be denied.

Federal courts are not "agencies" from which Freedom of Information Act material may be obtained.  *See* 5 U.S.C. § 551(1)(B); *see also Warth v. Department of Justice*, 595 F. 2d. 521, 523 (9th Cir. 1979).  To the extent Johnson seeks copy work, he has failed to particularize his request or identify a pending action for which the documents are needed. *See United States v. MacCollum*, 426 U.S. 317, 326 (1975); *United States v. Shoaf*, 341 F. 2d 832, 834 (4th Cir. 1964).  Lastly, Johnson is cautioned that if it is his intent to file a §2255,  a one-year limitations period applies from the date the judgment of conviction became final and he should take care not to miss this deadline.[2]  A separate order follows.


    May 30, 2007                             /s/
Date                                  Catherine C. Blake
                                  United States District Court

---

[1] On December 7, 2006, the court sentenced Johnson to fifty-seven months incarceration following his entry of a guilty plea to illegal reentry of a deported alien after conviction for an aggravated felony in violation of 8 U.S.C. §1326(a) & (b)(2).

[2] The Clerk previously provided a 28 U.S.C. §2255 forms and information packet to Johnson in *Johnson v. United States*, Civil Action, Civil Action No. CCB-07-607.